UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDY HARDRICK,

        Petitioner,

v.                                CASE NO. 09-CV-12301
                                      HONORABLE DENISE PAGE HOOD

BLAINE C. LAFLER,

        Respondent.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is

**DENIED**.  Judgment is entered in favor of Respondent and against Petitioner.


S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  November 30, 2011


I hereby certify that a copy of the foregoing document was served upon Freddy Hardrick, 440921, Lakeland Correctional Facility, 141 First Street, Coldwater, MI 49036 and counsel of record on November 30, 2011, by electronic and/or ordinary mail.


S/LaShawn R. Saulsberry
Case Manager